FILED
2021 Aug-06 AM 09:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| **MARCELLUS WILLIAMS,** | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **JEFFERSON DUNN, ARNALDO MERCADO, SCOTT SIDES, EDWARD ELLINGTON, TERRENCE MCDONNELL, RUTH NAGLICH, MATTHEW BRAND, GRANTT CULLIVER, CHARLES DANIELS, JEFFERY WILLIAMS, JENNY ABBOTT, LEON BOLLING, ERROL PICKENS, GARY MALONE, KEVIN WHITE, JACOB WEAVER, LATONYA SCOTT, DERRICK DENT, UNKNOWN SHIFT COMMANDERS, WILBERT HOWARD, WORTHY CRAWFORD, UNKNOWN CORRECTIONAL OFFICERS, and JOHN DOES 1-10,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 4:21-CV-00921 |
| | ) |
|    Defendants. | ) |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

COMES NOW Meghan S. Cole and respectfully moves this Court for leave to withdraw as counsel of record for Plaintiff Marcellus Williams ("Williams"). Williams will continue to be represented by Benjamin R. Little of Dentons Sirote PC and Patrick F. Linehan of Steptoe & Johnson LLP and will not be prejudiced by the undersigned's withdrawal.

/s/ *Meghan S. Cole*
Meghan S. Cole

**OF COUNSEL:**
**DENTONS SIROTE PC**
2311 Highland Avenue South
P.O. Box 55727
Birmingham, Alabama 35255-5727
Meghan.cole@dentons.com

### CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will give notice of such filing to all counsel of record.

/s/ *Meghan S. Cole*
OF COUNSEL

DOCSBHM\2363780\1